[No. 21110-6-II.    Division Two.    November 14, 1997.]

*In the Matter of the Marriage of* PAUL THOMPSON, *Appellant*, and MADGE THOMPSON, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 82-3-03912-7, Arthur W. Verharen, J., entered March 8, 1996. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, A.C.J., and Hunt, J.

[No. 21199-8-II.    Division Two.    November 14, 1997.]

*In the Matter of the Welfare of* R.C., ET AL.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-7-00024-1, Karen L. Strombom, J., entered September 11, 1996. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Seinfeld and Armstrong, JJ.

[No. 21437-7-II.    Division Two.    November 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. VASIS ANTHONY TURNER, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 96-8-00158-3, William Knebes, J. Pro Tem., entered November 20, 1996. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Morgan and Seinfeld, JJ.

[Nos. 15211-1-III; 15641-9-III.    Division Three.    November 18, 1997.]

PAUL E. VALENTINE, ET AL., *Appellants*, v. MARK W. VALENTINE, ET AL., *Respondents*, DEEP WELLS RANCH, INC., *Appellant.*

Appeals from judgments of the Superior Court for Grant County, No. 93-2-00863-1, Kenneth L. Jorgensen, J., entered September 8, 1995 and February 23, 1996. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Brown, J., and Thompson, J. Pro Tem.